IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

_____

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

_____

_____

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes   ☐ No
                 *(check one)*

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name  *Mary E. Anderson*

Street Address  *129 Ashewood Commons Dr*

City and County  *Columbia - Richland*

State and Zip Code  *South Carolina 29210*

Telephone Number  *917.341.4981*

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name  *First Citizens Bank*

Job or Title (if known)  *(Corporate Office)*

Street Address  *100 E Tryon Rd*

City and County  *Raleigh, Wake County*

State and Zip Code  *North Carolina 26703*

Telephone Number  *919 716 7004*

Defendant No. 2

Name

Job or Title (if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 3

Name

2

|                          |  |
|--------------------------|--|
| Job or Title (if known)  |  |
| Street Address           |  |
| City and County          |  |
| State and Zip Code       |  |
| Telephone Number         |  |

Defendant No. 4

|                          |  |
|--------------------------|--|
| Name                     |  |
| Job or Title (if known)  |  |
| Street Address           |  |
| City and County          |  |
| State and Zip Code       |  |
| Telephone Number         |  |

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil Rights- Freedom of Religion/Marital Status · Title VII Civil Rights Act of 1962

3

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Mary E. Anderson , is a citizen of
the State of *(name)* South Carolina .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* First Citizens Bank is incorporated
under the laws of the State of *(name)* North Carolina ,
and has its principal place of business in the State of *(name)*
South Carolina .

*(If more than one plaintiff is named in the complaint, attach an additional
page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of
the State of *(name)* _____ . *Or* is a citizen of
*(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is
incorporated under the laws of the State of *(name)*
_____ , and has its principal place of
business in the State of *(name)* _____ . *Or* is
incorporated under the laws of *(foreign nation)*
_____ , and has its principal place of
business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

4

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Discrimination of religion to obtain Health Insurance My Husband was denied in 2020 and he was previously covered w/ Health, dental & vision & the employer asked for proof of marriage, financial stmt & Certificate of Marriage was sent in (Islamic Marriage) we have been Married - 12/4/2007 didn't accept it b/c cert. wasn't filed w/ the County - due to Islam the cert doesn't have to be western need; covered under SC common law. Ins interrupted mid year

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

for Medical Bills for the paid to Palmetto Baptist Hospital Punitive damages in the amount of $1,000,000 (1 million dollars) agony and grief caused due to Insurance revoked mid year when my husband had a surgery schedule. Due to the actions of having to prove my marriage and the humiliation

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 8, 2022

Signature of Plaintiff

Printed Name of Plaintiff     Mary E. Anderson

### B.     For Attorneys

Date of signing: _____, 20__.

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____

Telephone Number     _____

E-mail Address     _____

6